```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

DREW ROBINSON                                              PLAINTIFF

    V.                    Civil No. 09-6031

JAQUEINE NEWBORN, *et al.*                                 DEFENDANTS

### O R D E R

On this 31st day of July 2009, there comes on for consideration the report and recommendation filed in this case on June 8, 2009, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 3). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

```
                          /s/ Robert T. Dawson
                          Honorable Robert T. Dawson
                          United States District Judge
```

**AO72A**
**(Rev. 8/82)**